# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL D. GRINER, et al., | No. 2:15-CV-0371-KJM-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| PNC MORTGAGE COMPANY, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiffs, who are proceeding pro se, bring this civil action. Pursuant to Eastern District of California Local Rule 230(g), the hearing on the motion to withdraw filed by attorney Melissa Armstrong, Esq., scheduled for June 24, 2015, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument. Additionally, the initial scheduling conference, also set for

/ / /

/ / /

/ / /

/ / /

/ / /

1  June 24, 2015, at 10:00 a.m. before the undersigned, is vacated pending resolution of Defendant
2  PNC Mortgage Company's motion to dismiss.
3         IT IS SO ORDERED.

5  DATED: June 18, 2015

                                                          **CRAIG M. KELLISON**
                                                          UNITED STATES MAGISTRATE JUDGE